IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROME ROBERT DENNIS,

          Plaintiff,                         No. 2:12-cv-2373 DAD P

         vs.

SOLANO COUNTY JAIL STAFF, et al.,        ORDER FOR PAYMENT

          Defendants.              OF INMATE FILING FEE

_____/

To:  The Sheriff of Solano County, Attention:  Inmate Trust Account, 500 Union Avenue,

Fairfield, California, 94533:

        Plaintiff, a county inmate proceeding in forma pauperis, is obligated to pay the

statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

average monthly balance in plaintiff's account for the 6-month period immediately preceding the

filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee,

plaintiff will be obligated to make monthly payments in the amount of twenty percent of the

preceding month's income credited to plaintiff's trust account.  The Solano County Sheriff is

required to send to the Clerk of the Court the initial partial filing fee and thereafter payments

/////

1

1  from plaintiff's trust account each time the amount in the account exceeds $10.00, until the

2  statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

3           Good cause appearing therefore, IT IS HEREBY ORDERED that:

4           1.  The Sheriff of Solano County or a designee shall collect from plaintiff's trust

5  account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as

6  set forth in this order and shall forward the amount to the Clerk of the Court.  The payment shall

7  be clearly identified by the name and number assigned to this action.

8           2.  Thereafter, the Sheriff of Solano County or a designee shall collect from

9  plaintiff's trust account monthly payments from plaintiff's trust account in an amount equal to

10  twenty percent (20%) of the preceding month's income credited to the prisoner's trust account

11  and forward payments to the Clerk of the Court each time the amount in the account exceeds

12  $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has

13  been paid in full.  The payments shall be clearly identified by the name and number assigned to

14  this action.

15           3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

16  plaintiff's signed in forma pauperis affidavit on the Sheriff of Solano County, Attention:  Inmate

17  Trust Account, 500 Union Avenue, Fairfield, California, 94533:

18           4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

19  Department of the court.

20  DATED: December 7, 2012.

21

22  _____

23  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

24

25  DAD:md:12
    denn12cv2373.cdc.solano

26

2