IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROME ROBERT DENNIS,

    Plaintiff,               No.  2:12-cv-2373 DAD P

    vs.

SOLANO COUNTY JAIL STAFF, et al.,

    Defendants.         <u>ORDER</u>

                                    /

        On April 16, 2013, counsel for defendants Arcand, Azevedo, Borrego, Wickers, and White filed a motion to dismiss this action, pursuant to unenumerated Rule 12(b) of the Federal Rules of Civil Procedure, arguing that plaintiff had failed to exhaust his administrative remedies prior to filing suit as required.  Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On January 25, 2013, plaintiff was advised by the court of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

inherent power of the Court." In the court's order filed January 25, 2013, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days of the date of this order, plaintiff shall file an opposition, if any, to defendants' motion to dismiss. Failure to file an opposition may be deemed as a statement of non-opposition and may result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b). Alternatively, if plaintiff no longer wishes to proceed with this action, he may file a motion to voluntarily dismiss this case.

DATED: May 29, 2013.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
demm2372.46

2